

2000V000321an

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL C. HULTGREN** | * | CIVIL ACTION |
| v. | * | NUMBER: 00-0040 |
| **UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF VETERANS AFFAIRS, JAMES E. RICCIARDI, M.D., THOMAS R. LYONS, M.D., EDWARD SZUSZCZEWICZ, M.D., COREY SOLOMON, M.D., AND TULANE UNIVERSITY MEDICAL CENTER/ TULANE UNIVERSITY MEDICAL SCHOOL** | * * * * * * | SECTION: "J" (2) |

\* \* \*

## MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court for an extension of time of twenty (20) days within which to answer or otherwise plead to plaintiff's Complaint.

DATE OF ENTRY  MAR 13 2000

No previous extensions of time have been requested by the defendant, the United States of America, nor has opposing counsel filed into the record an objection to an extension of time as to the said defendant.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to the defendant are hereby waived by the filing of this pleading.

**WHEREFORE**, the United States of America respectfully requests that an extension of time from March 10, 2000, up to and including March 30, 2000, be granted for filing its responsive pleadings.

    Respectfully submitted,

    EDDIE J. JORDAN, JR.
    UNITED STATES ATTORNEY

    */s/ Margaret M. Brown*
    MARGARET M. GROOME (1389)
    Assistant United States Attorney
    Hale Boggs Federal Building
    501 Magazine Street, 2nd Floor
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3071

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 9th day of March, 2000.

_____
**MARGARET M. GROOME**
Assistant United States Attorney

2000V00032lan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL C. HULTGREN | * | CIVIL ACTION |
| v. | * | NUMBER: 00-0040 |
| UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF VETERANS AFFAIRS, JAMES E. RICCIARDI, M.D., THOMAS R. LYONS, M.D., EDWARD SZUSZCZEWICZ, M.D., COREY SOLOMON, M.D., AND TULANE UNIVERSITY MEDICAL CENTER/ TULANE UNIVERSITY MEDICAL SCHOOL | * * * * * * * | SECTION: "J" (2) |

\* \* \*

## O R D E R

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED** that the United States of America be and is hereby granted an extension of time of twenty (20) days from ~~March 10, 2000, up to and including~~ the date responsive pleadings would otherwise be due ~~March 30, 2000~~, in which to file its responsive pleadings.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE