UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL C. HULTGREN					CIVIL ACTION

VERSUS							NO: 00-0040

UNITED STATES OF AMERICA, ET AL			SECTION: "J"

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

The Court having been informed that the above-captioned matter is related to Civil Action 99-3459, Section "G", captioned Michael C. Hultgren v. Construction South, et al; accordingly,

**IT IS ORDERED** that the above captioned matter is hereby **TRANSFERRED** to Section "G";

New Orleans, Louisiana, this 20th day of March, 2000.

TRANSFERRED TO:
SECT. G MAG. 5

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 21 2000