FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 31 P 3:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL C. HULTGREN | CIVIL ACTION |
| VERSUS | NO. 99-3459 c/w 00-0040 |
| CONSTRUCTION SOUTH, ET AL. | SECTION "B" (5) |

### ORDER REALLOTTING CASE

By prior order, Civil Action No. 00-0040 was transferred and consolidated with Civil Action No. 99-3459. One of the defendants in Civil Action No. 00-0040 is Tulane University Center and Hospital. Due to my service on the Chancellor's Advisory Board for Tulane University Medical Center, and considering a similar basis for recusal by the District Judge who was previously assigned this matter, I recuse myself in accordance with 28 U.S.C. § 455.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot the above-captioned cases to another section of this Court.

New Orleans, Louisiana, this the ___31st___ day of March, 2000.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

MAR 3 1 2000

REALLOTTED TO **SECT.D**

DATE OF ENTRY
MAR 3 1 2000

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
Doc.No. ___9___