```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 MAY 22  P 2: 58

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL C. HULTGREN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 99-3459 |
| | * | |
| CONSTRUCTION SOUTH, | * | (C/W No. 00-40) |
| CONSTRUCTION SOUTH, INC., AND | * | |
| CONRAD APPELL | * | SECTION "D" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael Hultgren, and upon suggesting to the Court that plaintiff wishes to dismiss its claims against Construction South, Tulane University Medical Center and Tulane University Hospital and Clinic and Tulane University Medical School without prejudice, each party to bear its own costs, reserving all rights against all other named defendants including but not limited to Construction South, Inc., United States of America, Task Force Temporary Services, Inc., James E. Ricciardi, M. D., Thomas R. Lyons, M. D., Edward Szuszczewicz, M. D., and Corey Solomon, M. D.

```
DATE OF ENTRY
MAY 26 2000
```



Doc.No. 10

Respectfully submitted,

**ROBERT I. BAUDOUIN, APLC**

By: _____
ROBERT I. BAUDOUIN (Bar#14069)
3723 Canal Street
New Orleans, LA 70119
Telephone: (504) 488-6300
Attorney for **MICHAEL HULTGREN**

---

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading(s) has been served on all counsel to this proceeding by placing same in the U. S. Mail, properly addressed and postage pre-paid on this _22_ day of May, 2000.

_____
ROBERT I. BAUDOUIN

---

Page -2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL C. HULTGREN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 99-3459 |
| | * | |
| CONSTRUCTION SOUTH, | * | (C/W No. 00-40) |
| CONSTRUCTION SOUTH, INC., AND | * | |
| CONRAD APPELL | * | SECTION "D" |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs claims against Construction South, Tulane University Medical Center, Tulane University Hospital and Clinic, and Tulane University Medical School be dismissed, without prejudice, each party to bear its own costs, reserving all rights against all other named defendants, Construction South, Inc., United States of America, Task Force Temporary Services, Inc., James E. Ricciardi, M. D., Thomas R. Lyons, M. D., Edward Szuszczewicz, M. D., and Corey Solomon, M. D.

NEW ORLEANS, LOUISIANA, THIS _25_ DAY OF _May_, 2000.

_____
JUDGE